UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| ALICE BAINTON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:13-cv-00159-GZS |
| | ) | |
| VETERANS ADMINISTRATION | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 14, 2014, his Recommended Decision (ECF No. 16). Plaintiff filed her Objection to the Recommended Decision and Motion to Stay (ECF Nos. 17 and 18) on February 21, 2014. Defendant filed its Objection to Plaintiff's Motion to Stay (ECF No. 19) and its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 20) on March 5, 2014. Plaintiff filed her Response to Defendant's Objection to Motion to Stay (ECF No. 21) on March 18, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2. It is **ORDERED** that Plaintiff's Motion to Stay (ECF No. 18) is **DENIED**.

3. It is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 13) is **GRANTED** because Plaintiff has failed to comply with the time limitations imposed by the Federal Tort Claims Act, 28 U.S.C. § 2401(b).

        /s/George Z. Singal_____
        U.S. District Judge

Dated this 27th day of March, 2014.