# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ALICE BAINTON, | ) |
| Plaintiff | ) |
| v. | ) CIVIL NO. 1:13-cv-159-GZS |
| VERTERANS ADMINISTRATION MEDICAL CENTER, | ) |
| Defendant | ) |

## J U D G M E N T

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge issued on March 27, 2014 by U.S. District Judge, George Z. Singal; JUDGMENT is hereby entered in favor of the Defendant, Veterans Administration Medical Center and against the Plaintiff, Alice Bainton.  The Complaint if hereby dismissed.

Dated at Portland, Maine, this 28th day of March, 2014.

                                                      CHRISTA K. BERRY
                                                      CLERK


                                      By:  /s/ Lindsey Caron
                                          Lindsey Caron
                                          Deputy Clerk