104 Dudley St.
Presque Isle, ME 04769
(207) 540-0245
4/16/2014

Clerk of the Court,
United States District Court,
202 Harlow St., Third Floor,
Bangor, Maine 04401

Re:  Alice Bainton v. Veterans Administration Medical Center

No. 1:13-cv-159-GZS

### NOTICE OF APPEAL

The Veterans Administration has chosen to dismiss my case on the basis of a technical error and the Court, plus the U.S. Attorney's Office have endorsed this decision.

To dismiss this Lawsuit would be a miscarriage of Justice.  Our precious Veterans deserve the finest of medical care, which means they should expect an environment of safety, expertise, state of the art equipment and genuine caring and concern.  To involve them in a vicious "game" is unthinkable, yet, it is happening - not only to my husband but to other Veterans, as well.  During his time in the Service, my husband worked very hard and received a gold star for his efforts in the Northern France Campaign.  The stress of his job caused a psychiatric condition, for which he was treated at the Veterans Administration Medical Center, in West Haven, CT.  He loved the V.A. Hospital, where all were his Brothers.  After being successfully treated for urinary tract infection, in March of 2010, he was transferred to a Rehab Unit for a short period of time, before returning to the V.A. Contact Nursing Home.  Small increments of progress were being made and Herb was, still, able to communicate.  Then, suddenly, without consultation, he was transferred to the Palliative Care Unit and I was told that he was so very sick that death was imminent. (Fortunately, Herb's care was being monitored.  An al Qaeda operative had been hired for the purpose of making my husband very sick.  Despite my protests, I was told that morphine was being administered in order to "shut down his organs, one by one.")  On April 29, 2010, Herb was electrocuted.

How can we as a Nation, allow such practices to persist?  The very best Armed Forces in the world cannot maintain their integrity and strength if undermined by this type of corruption.  My Legal Case addresses these issues and should be allowed to proceed.

*Alice Bainton*
Alice Bainton, Plaintiff